# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) CHRISTINA BEAN,

        Plaintiff,

v.

(1) UNITED OF OMAHA LIFE INSURANCE COMPANY,

        Defendant.

Case No. CIV-21-777-HE

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby jointly stipulate for the dismissal of this entire action with prejudice with respect to Defendant United of Omaha Life Insurance Company. The parties are to bear their own respective attorneys' fees and costs.

Respectfully submitted October 21, 2021,

/s/ Roy S. Dickinson
Roy S. Dickinson
1408 Winding Ridge Road
Norman, OK 73072
(405) 321-3288
(405) 973-2204 (fax)
roy.d@coxinet.net

*Attorney for Plaintiff*

/s/ James Wesley S. Pebsworth, w/permission
James Wesley S. Pebsworth, OBA #30900
**GABLEGOTWALS**
110 North Elgin Avenue, Suite 200
Tulsa, OK 74120-1495
(918) 595-4800
(918) 595-4990 (fax)
wpebsworth@gablelaw.com

and

Jace T. White, OBA No. 32892
**GABLEGOTWALS**
BOK Park Plaza
4999 West Sheridan Avenue, Suite 2200
Oklahoma City, OK 73102
(405) 235-5500
(405) 235-2875 (fax)
jwhite@gablelaw.com

*Attorneys for Defendant*

{2404945;}